1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

# NORTHERN DISTRICT OF CALIFORNIA

8

# SAN FRANCISCO DIVISION

9

10 | SAN FRANCISCO TECHNOLOGY, INC.,   Case No. 10-cv-05574 SBA (NC)

11 | Plaintiff,

**ORDER RE: MOTION FOR SANCTIONS**

12

v.

13 | MOSSWOOD ENTERPRISES, INC.,   Re: Dkt. No. 33, 42

14

15 | Defendant.

16

17

18       The District Court referred Defendant's Motion for Imposition of Sanctions

19 Against Plaintiff, Dkt. No. 33, to this Court for a report and recommendation on January

20 9, 2012. Dkt. No. 42. Based on the papers submitted by the parties, the Court finds the

21 motion appropriate for determination without oral argument. *See* Civil L.R. 7-1(b).

22

23

24 IT IS SO ORDERED.

25

26 DATED: January 20, 2012

27 _____
NATHANAEL M. COUSINS
28 United States Magistrate Judge

Case No. 10-cv-05574 SBA (NC)
Order re: Motion for Sanctions