# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSSWOOD ENTERPRISES, INC., <br><br> Defendant. | Case No. 10-cv-05574 SBA (NC) <br><br> **ORDER RE: MOTION FOR SANCTIONS** <br><br> Re: Dkt. No. 33, 42 |

The District Court referred Defendant's Motion for Imposition of Sanctions Against Plaintiff, Dkt. No. 33, to this Court for a report and recommendation on January 9, 2012. Dkt. No. 42. Based on the papers submitted by the parties, the Court finds the motion appropriate for determination without oral argument. *See* Civil L.R. 7-1(b).

IT IS SO ORDERED.

DATED: January 20, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 10-cv-05574 SBA (NC)
Order re: Motion for Sanctions